## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

CASE NO. 0:18-cv-62050-DPG

ALEX GROTH,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: August 29, 2019.

                                                Respectfully submitted,

                                                /s/ Alex D. Weisberg
                                                Alex D. Weisberg
                                                FBN: 0566551
                                                Weisberg Consumer Law Group, PA
                                                Attorneys for Plaintiff
                                                5846 S. Flamingo Rd, Ste. 290
                                                Cooper City, FL 33330
                                                (954) 212-2184
                                                (866) 577-0963 fax
                                                aweisberg@afclaw.com
                                                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on August 29, 2019, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Alex D. Weisberg
Alex D. Weisberg
