**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO. 0:18-cv-62050-DPG

ALEX GROTH,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: October 15, 2019.

Respectfully submitted,

| | |
|---|---|
| /s/ Alex D. Weisberg | /s/ Alisa M. Taormina |
| Alex D. Weisberg | Alisa M. Taormina |
| FBN: 0566551 | FBN: 95200 |
| Weisberg Consumer Law Group, PA | Stroock & Stroock & Lavan LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 5846 S. Flamingo Rd, Ste. 290 | 200 S. Biscayne Blvd. Ste. 3100 |
| Cooper City, FL 33330 | Miami, FL 33131 |
| (954) 212-2184 | (305) 358-9900 |
| (866) 577-0963 fax | (305) 789-9302 |
| aweisberg@afclaw.com | ataormina@stroock.com |

## **CERTIFICATE OF SERVICE**

I certify that on October 15, 2019, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

                                      s/Alex D. Weisberg
                                      Alex D. Weisberg