UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62050-CIV-SMITH

ALEX GROTH,

    Plaintiff,

v.

JP MORGAN CHASE BANK, N.A.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court on the parties' Joint Stipulation of Voluntary Dismissal with Prejudice [DE 29]. Upon consideration, it is

**ORDERED** that:

1) The Stipulation [DE 29] is **APPROVED**.

2) The above-styled case is **DISMISSED WITH PREJUDICE**.

3) Each party shall bear its own costs and attorneys' fees.

4) To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED AS MOOT** and all deadlines are **TERMINATED**.

5) This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 16th day of October, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE